# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-653-DCK

| | |
|---|---|
| **CHRISTINA J. BARNETTE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CITY OF CHARLOTTE,** )<br>)<br>**Defendant.** )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion to Compel Discovery, Memorandum of Law, and Certification of Consultation" (Document No. 15) filed May 1, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

"Defendant's Response To Plaintiff's Motion To Compel Discovery" (Document No. 19) was filed on May 18, 2012, and notes that Plaintiff has since filed an amended motion to compel (Document No. 18) adding six paragraphs to the initial motion to compel. Defendant suggests that the initial motion to compel (Document No. 15) is perhaps moot. (Document No. 19). The undersigned agrees.

Plaintiff's reply brief in support of "Plaintiff's Motion to Compel Discovery, Memorandum of Law, and Certification of Consultation" (Document No. 15), or notice of intent not to reply, as required by the Local Rules of this Court, was due on or before May 29, 2012. <u>See</u> Local Rule 7.1(E). To date, neither a reply brief, a request for extension of time to submit a reply brief, or a notice of withdrawal of the pending motion (Document No. 15) has been filed, and the time to do so has lapsed.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion to Compel Discovery, Memorandum of Law, and Certification of Consultation" (Document No. 15) is **DENIED AS MOOT**.

Signed: May 31, 2012

David C. Keesler
United States Magistrate Judge