IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-653-DCK

| | |
|---|---|
| CHRISTINA J. BARNETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** regarding Plaintiff's original motions to strike the affidavits of Kathy Sanders, Victoria Johnson, and Ronald Howard (Document Nos. 50, 51, and 52) filed November 9, 2012. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of these filings is appropriate.

After careful review of the record, and brief consultation by the undersigned's staff with Plaintiff's counsel, the Court has determined that these pending motions should be denied as moot. The Court notes that Plaintiff filed amended motions to strike the same affidavits on November 16, 2012.

**IT IS, THEREFORE, ORDERED** that Plaintiff's original motions to strike the affidavits of Kathy Sanders, Victoria Johnson, and Ronald Howard (Document Nos. 50, 51, and 52) shall be **DENIED AS MOOT**.

Signed: November 16, 2012

David C. Keesler
United States Magistrate Judge