# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-653-DCK

| | |
|---|---|
| CHRISTINA J. BARNETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns and the status of this case. This case is currently set for trial during the undersigned's next civil term beginning June 24, 2013.

Pursuant to the Court's "Order" (Document No. 73), the parties filed a "Status Report" (Document No. 74) on May 8, 2013. In that "Status Report" the parties stated that they "agree that a judicial settlement conference might be productive, and request that the Court consider scheduling such a meeting." (Document No. 74).

The Court also agrees that this matter is a good candidate for judicial settlement. As such, the undersigned has requested that the Honorable David S. Cayer, United States Magistrate Judge, conduct a settlement conference on a date in the near future that best fits his schedule, and is agreeable to the parties and their counsel. The undersigned greatly appreciates Judge Cayer's assistance in this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall confer with each other, and then contact Judge Cayer's Chambers with several possible dates for a judicial settlement conference. The undersigned will set a date for a Final Pretrial Conference and Trial, if necessary, following either the scheduling, or completion of, the judicial settlement conference.

**SO ORDERED**.

Signed: May 29, 2013

David C. Keesler
United States Magistrate Judge